UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MOUMAR DIALLO, et al.,

    Plaintiffs,

v.

SECRETARY JANET NAPOLITANO, et al.,

    Defendants.

Case No. 2:11-cv-536
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Norah McCann King

## ORDER

On August 5, 2011, the defendants filed a motion to dismiss this action. (Doc. 4.) The plaintiffs failed to respond to that motion. On January 20, 2012, this Court ordered the plaintiffs to respond to the defendants' motion by January 30, 2012 "or the defendants' motion w[ould] be granted as unopposed." (Doc. 5.) The plaintiffs have failed to respond to the defendants' motion, which is, therefore, **GRANTED**. The Clerk is **DIRECTED** to **ENTER JUDGMENT** in favor of the defendants.

**IT IS SO ORDERED.**

2-6-2012
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE