AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**MOUMAR DIALLO, et al.,**

    **Plaintiffs,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**SECRETARY JANET NAPOLITANO, et al.,**

CASE NO. C2-11-536
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE NORAH MCCANN KING

    **Defendants.**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the ORDER filed February 6, 2012, JUDGMENT is hereby entered DISMISSING this action.**

Date: February 6, 2012                    JAMES BONINI, CLERK

                                        */S/ Andy F. Quisumbing*
                                        (By) Andy F. Quisumbing
                                        Courtroom Deputy Clerk